1015

Rose T. JONAS, Appellant, v. BELLERIVE
INVESTMENT CO., Debtor et al.

No. 10732.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1936.

Ryland, Stinson, Mag & Thomson, Burnett, Stern & Liberman, and Ringolsky, Boatright & Jacobs, all of Kansas City, Mo., for appellant.

Ludwick Graves and James A. Reed, both of Kansas City, Mo., and Sonnenschein, Berkson, Lautmann, Levinson & Morse, of Chicago, Ill., for appellees.

PER CURIAM.

Appeal from order and decree of United States District Court denied.

---

Joseph E. JONES, Appellant, v. A. C. ADER-
HOLD, Warden, United States Peniten-
tiary, Atlanta, Ga., Appellee.

No. 8128.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1936.

Joseph E. Jones, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

Harry C. LEVINE v. MONTGOMERY WARD
& CO., a Corporation, Montgomery Ward &
Co., Inc., and Knapp-Monarch Company, a
Corporation.

No. 6953.

Circuit Court of Appeals, Sixth Circuit.

March 5, 1936.

Liverance & Van Antwerp, of Grand Rapids, Mich., for appellant.

Bair, Freeman & Sinclair, of Des Moines, Iowa, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that this cause be and is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge. 16 F.Supp. 235.

---

LLOYD SABAUDO SOCIETA ANONIMA
PER AZIONI, Plaintiff-Appellee, v. Philip
ELTING, Collector, etc., Defendant-Appel-
lant.

No. 43.

Circuit Court of Appeals, Second Circuit.

Oct. 16, 1936.

Lamar Hardy, U. S. Atty., of New York City (George B. Schoonmaker, Sp. Asst. U. S. Atty., of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann and Gaspare M. Cusumano, all of New York City (Delbert M. Tibbetts, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.